```
DERRICK LEMONTE EVANS            ELASTIC                          MENDELSON LAW FIRM
141 PINE BAY DR                  P.O. BOX 950276                  PO BOX 17235
JACKSON, MS 39206                LOUISVILLE, KY 40295             MEMPHIS, TN 38187


THOMAS C. ROLLINS, JR.           FIRST NATAIONAL BANK             MERRICK BANK CORP
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY                 PO BOX 9201
P.O. BOX 13767                   PO BOX 5097                      OLD BETHPAGE, NY 11804
JACKSON, MS 39236                SIOUX FALLS, SD 57117


AFFIRM, INC.                     FLAGSHIP CREDIT                  MISSION LANE LLC
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
650 CALIFORNIA ST                PO BOX 3807                      PO BOX 105286
FL 12                            COPPELL, TX 75019                ATLANTA, GA 30348
SAN FRANCISCO, CA 94108


ALLY FINANCIAL, INC              GENESIS FS                       MONEYLION, INC
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY DEPT
PO BOX 380901                    PO BOX 4477                      P.O. BOX 1547
BLOOMINGTON, IL 55438            BEAVERTON, OR 97076              SANDY, UT 84091


BLUE FROG LOANS                  JACOB LAW GROUP                  NATIONAL CREDIT ADJ
P.O. BOX 725                     2623 WEST OXFORD LOOP            ATTN: BANKRUPTCY
FENTON, MO 63026                 OXFORD, MS 38655                 PO BOX 3023
                                                                  HUTCHINSON, KS 67504


BRIGHT LENDING                   JEFFERSON CAPITAL                NETCREDIT/RB
PO BOX 578                       ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY DEPT
HAYS, MT 59527                   200 14TH AVE E                   175 W JACKSON BLVD
                                 SARTEKK, MN 56377                STE 1000
                                                                  CHICAGO, IL 60604


CAPITAL ONE                      JORA CREDIT                      ONEMAIN
ATTN: BANKRUPTCY                 P.O. BOX 8407                    PO BOX 1010
PO BOX 30285                     PHILADELPHIA, PA 19101           EVANSVILLE, IN 47706
SALT LAKE CITY, UT 84130


CASHNET USA                      LVNV FUNDING LLC                 OPP LOANS
175 W JACKSON                    RESURGENT CAPITAL                130 E RANDOLPH ST
STE 1000                         PO BOX 1269                      STE 1650
CHICAGO, IL 60604                GREENVILLE, SC 29602             CHICAGO, IL 60601


CONN'S HOMEPLUS                  MAKWA FINANCE                    OPPLOANS
ATTN: BANKRUPTCY                 P.O. BOX 843                     ATTN: BANKRUPTY
2445 TECHNOLOGY FOREST           LAC DU FLAMBE, WI 54538          P.O. BOX 5040
THE WOODLANDS, TX 77381                                           FREDERICKSBURG, VA 2240
```

```
SPARROW CARD
9450 SW GEMENI DR
#87446
BEAVERTON, OR 97008


SPARROW FINANCIAL INC
9450 SW GEMINI DRIVE
BEAVERTON, OR 97008


TBOM CCI MC
14600 NORTHWEST
BEAVERTON, OR 97006


TILT/EMPOWER
ATTN: BANKRUPTY
660 YORK ST
SAN FRANCISCO, CA 94110


WELLS FARGO HOME MORT
P.O. BOX 14411
DES MOINES, IA 50306
```