IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | | |
|---|---|---|---|---|
| In RE: | DERRICK LEMONTE EVANS | § | Case Number: | 25-02936-JAW-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC hereby gives notice as follows:

Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i) all notices given or required to be given in the case; and
(ii) all pleadings and correspondence served or required to be served in this case,

regarding Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn: Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC Department
AIS Portfolio Services, LLC
Account: XXXXXXXX1175
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma
Amitkumar Sharma
Claims Processor
Bankruptcy Servicer for Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1816169

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | | |
|---|---|---|---|---|
| In RE: | DERRICK LEMONTE EVANS | § | Case Number: | 25-02936-JAW-13 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 13 |

## CERTIFICATE OF SERVICE OF
## REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

I hereby certify that on 20th day of November, 2025 a copy of the above and foregoing Request for Notice was electronically served upon the parties listed below:

/s/ Amitkumar Sharma
Amitkumar Sharma

Trustee:
TORRI PARKER MARTIN
Trustee of the U.S. Bankruptcy Court
200 NORTH CONGRESS STREET STE 400,
JACKSON, MS 39201

Attorney for Debtor:
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767,
JACKSON, MS 39236