MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Derrick Lemonte Evans                         Case No.: 25-02936-JAW

         *Debtor(s)*                                                Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC, a
[Name of Corporate Party]

[Check One]

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 12/29/2025

                                                *Attorney Signature*

Olivia Spencer                                         MS BAR #104439
*Attorney Name*                                       *State Bar Number*

1855 Crane Ridge Drive, Suite D
*Address*

Jackson, MS 39216
*City, State, and Zip Code*

601-948-1547                            spencer@kingandspencer.net
*Telephone Number*                       *Email Address*

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**