___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: DERRICK LEMONTE EVANS | DEBTOR |
| | CASE NO. 25-02936-JAW |
| | CHAPTER 13 |
| ALLY SERVICING LLC | |
| as servicer on behalf of CITRUS TREE FINANCE LLC | CREDITOR |

**ORDER ON OBJECTION TO CONFIRMATION**
**AND ORDER AMENDING PLAN**

THIS DAY this case came on for consideration of the Objection to Confirmation (#18) filed by Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC (Ally), and it appears that interested parties have resolved this objection and that they have consented to the entry of this order.

IT IS, THEREFORE, ORDERED that the Chapter 13 Plan of Debtor is hereby amended to reflect that the claim of Ally is a 910 claim and that the amount owed is $18,646.81.

IT IS, THEREFORE, ORDERED that the Chapter 13 Plan of Debtor be, and it is hereby, amended so as to pay Ally a sum of $18,646.81 plus 10.00% interest, over the life of the Plan, on its secured claim covering a 2016 BMW X5 4DR, VIN 5UXKR0C57G0P23164 vehicle, and the Trustee is directed to amend the wage order accordingly.

IT IS FURTHER ORDERED that Ally shall retain its lien on said property until the Debtor receive a discharge and that no title documents shall be delivered until such time, unless otherwise ordered by the Court.

IT IS FURTHER ORDERED and ADJUDGED that the Debtor shall continuously maintain such physical insurance as required by the security instruments covering said vehicle.

IT IS FURTHER ORDERED AND ADJUDGED that this Agreed Order shall be applicable to any subsequently filed Chapter 13 Plan.

## ## END OF ORDER ##

AGREED:

/s/ Olivia Spencer
Olivia Spencer, Attorney for Creditor
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, Ms 39216
(601) 948-1547 / MB #104439 /
spencer@kingandspencer.net

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., Attorney for Debtor
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, MS 39236
(601) 500-5533 / MB #103469 /
trollins@therollinsfirm.com

/s/ Semoune Ellis, Attorney for
Torri Parker Martin, Trustee