United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02936-JAW
Derrick Lemonte Evans  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Derrick Lemonte Evans, 141 Pine Bay Dr, Jackson, MS 39206-3267 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

**Name**      **Email Address**

Karen A. Maxcy
    on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation,Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Olivia Spencer
    on behalf of Creditor Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC spencer@kingandspencer.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Derrick Lemonte Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

District/off: 0538-3        User: mssbad        Page 2 of 2
Date Rcvd: Jan 21, 2026        Form ID: pdf012        Total Noticed: 1

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 21, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DERRICK LEMONTE EVANS                                              DEBTOR
                                                                  CASE NO. 25-02936-JAW
                                                                             CHAPTER 13

ALLY SERVICING LLC
as servicer on behalf of CITRUS TREE FINANCE LLC                       CREDITOR

**ORDER ON OBJECTION TO CONFIRMATION**
**AND ORDER AMENDING PLAN**

THIS DAY this case came on for consideration of the Objection to Confirmation (#18) filed by Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC (Ally), and it appears that interested parties have resolved this objection and that they have consented to the entry of this order.

IT IS, THEREFORE, ORDERED that the Chapter 13 Plan of Debtor is hereby amended to reflect that the claim of Ally is a 910 claim and that the amount owed is $18,646.81.

IT IS, THEREFORE, ORDERED that the Chapter 13 Plan of Debtor be, and it is hereby, amended so as to pay Ally a sum of $18,646.81 plus 10.00% interest, over the life of the Plan, on its secured claim covering a 2016 BMW X5 4DR, VIN 5UXKR0C57G0P23164 vehicle, and the Trustee is directed to amend the wage order accordingly.

IT IS FURTHER ORDERED that Ally shall retain its lien on said property until the Debtor receive a discharge and that no title documents shall be delivered until such time, unless otherwise ordered by the Court.

IT IS FURTHER ORDERED and ADJUDGED that the Debtor shall continuously maintain such physical insurance as required by the security instruments covering said vehicle.

IT IS FURTHER ORDERED AND ADJUDGED that this Agreed Order shall be applicable to any subsequently filed Chapter 13 Plan.

## ## END OF ORDER ##

AGREED:

/s/ Olivia Spencer
Olivia Spencer, Attorney for Creditor
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, Ms  39216
(601) 948-1547 / MB #104439 /
spencer@kingandspencer.net

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr., Attorney for Debtor
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, MS  39236
(601) 500-5533 / MB #103469 /
trollins@therollinsfirm.com

/s/ Semoune Ellis, Attorney for
Torri Parker Martin, Trustee