United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-02936-JAW
Derrick Lemonte Evans Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 4
Date Rcvd: Jan 22, 2026      Form ID: n031      Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick Lemonte Evans, 141 Pine Bay Dr, Jackson, MS 39206-3267 |
| cr | + | Ally Servicing LLC as servicer on behalf of Citrus, c/o Olivia Spencer, Esq., 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216, UNITED STATES 39216-4944 |
| 5591403 | + | Elastic, P.O. Box 950276, Louisville, KY 40295-0276 |
| 5591411 | + | Makwa Finance, P.O. Box 843, Lac Du Flambe, WI 54538-0843 |
| 5591421 | + | Sparrow Card, 9450 SW Gemeni Dr, #87446, Beaverton, OR 97008-7105 |
| 5591424 | + | Tilt/Empower, Attn: Bankrupty, 660 York St, San Francisco, CA 94110-2101 |
| 5613078 | + | U.S. Bank National Association, et al., Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing, P.O. Box 1629 Minneapolis MN 55440-1629 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 19:45:47 | Ally Servicing LLC as servicer on behalf of Citrus, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jan 22 2026 19:37:00 | U.S. Bank National Association, as Trustee for Str, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5591396 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2026 21:02:16 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5591397 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 22 2026 19:36:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5592349 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 19:45:40 | Ally Servicing LLC as servicer, on behalf of Citrus Tree Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5597534 | ^ | MEBN | Jan 22 2026 19:35:53 | Blue Frog Loans, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5591398 | + | Email/Text: samantha.brucker@phfsgroup.com | Jan 22 2026 19:36:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5591399 | + | Email/Text: customerservice@brightlending.com | Jan 22 2026 19:37:00 | Bright Lending, PO Box 578, Hays, MT 59527-0578 |
| 5613259 | + | Email/Text: bkinfo@ccfi.com | Jan 22 2026 19:37:00 | CCF of Mississippi, LLC, 2312 E TRINITY MILLS RD STE 100, CARROLLTON TX 75006-1955 |
| 5591400 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 19:45:40 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5595069 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2026 19:45:40 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| District/off: 0538-3 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: n031 | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 73118-7901 |
| 5591401 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 22 2026 19:36:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5593412 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 22 2026 19:36:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5591402 | + | Email/Text: bankruptcynotices@conns.com | Jan 22 2026 19:36:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, The Woodlands, TX 77381-5205 |
| 5591404 | + | Email/Text: BNSFN@capitalsvcs.com | Jan 22 2026 19:36:00 | First Nataional Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 5591405 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 22 2026 19:37:00 | Flagship Credit, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 5591406 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 22 2026 19:37:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5609167 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 19:37:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5610562 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 19:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5591409 | | Email/Text: Bankruptcy@joracredit.com | Jan 22 2026 19:36:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 5591407 | ^ | MEBN | Jan 22 2026 19:36:08 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5591408 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 19:37:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5591410 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:02:15 | LVNV Funding LLC, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 5602311 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 20:06:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594810 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 22 2026 19:37:00 | Karen A. Maxcy, McCalla Raymer Leibert Pierce, LLP, For U.S. Bank National Association, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 5591412 | | Email/Text: cdavenport@lawmemphis.com | Jan 22 2026 19:36:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5599201 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 19:45:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5591414 | | Email/Text: ml-ebn@missionlane.com | Jan 22 2026 19:36:00 | Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 5591413 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 22 2026 21:02:35 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5591415 | + | Email/Text: bankruptcy@moneylion.com | Jan 22 2026 19:37:00 | MoneyLion, Inc, Attn: Bankruptcy Dept, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5591416 | + | Email/Text: bankruptcy@ncaks.com | Jan 22 2026 19:36:00 | National Credit Adj, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5612428 | + | Email/Text: bankruptcy@ncaks.com | Jan 22 2026 19:36:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5603082 | + | Email/Text: netcreditbnc@enova.com | Jan 22 2026 19:37:19 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5591417 | + | Email/Text: netcreditbnc@enova.com | Jan 22 2026 19:37:19 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 5601491 | + | Email/PDF: cbp@omf.com | Jan 22 2026 21:02:17 | OneMain Financial Group, LLC, PO Box 3251, |

| District/off: 0538-3 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: n031 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Evansville, IN 47731-3251 |
| 5591418 | + Email/PDF: cbp@omf.com | Jan 22 2026 21:02:53 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5591419 | + Email/Text: opportunitynotices@gmail.com | Jan 22 2026 19:37:00 | Opp Loans, 130 E Randolph St, Ste 1650, Chicago, IL 60601-6241 |
| 5591420 | + Email/Text: opportunitynotices@gmail.com | Jan 22 2026 19:37:00 | OppLoans, Attn: Bankrupty, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5613013 | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2026 19:37:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5591422 | Email/Text: hello@sparrowcard.com | Jan 22 2026 19:37:00 | Sparrow Financial Inc, 9450 Sw Gemini Drive, Beaverton, OR 97008 |
| 5591423 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 22 2026 19:37:00 | Tbom Cci Mc, 14600 Northwest, Beaverton, OR 97006 |
| 5591425 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 22 2026 19:45:43 | Wells Fargo Home Mort, P.O. Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation,Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Olivia Spencer | on behalf of Creditor Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Derrick Lemonte Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | |

District/off: 0538-3 User: mssbad Page 4 of 4
Date Rcvd: Jan 22, 2026 Form ID: n031 Total Noticed: 49

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02936−JAW
**Chapter:** 13

**In re:**

Derrick Lemonte Evans
141 Pine Bay Dr
Jackson, MS 39206

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on January 22, 2026 (Dkt. # 21 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: January 22, 2026                              Danny L. Miller, Clerk of Court