**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                          **CHAPTER 13**

**DERRICK L. EVANS**                                            **CASE NO. 25-02936-JAW**

## APPLICATION FOR EMPLOYMENT OF
## SPECIAL COUNSEL, RONALD E. STUTZMAN, JR.

COMES NOW, Ronald E. Stutzman, Jr. on behalf of the above-named Debtor and respectfully files this Application for the appointment of Ronald E. Stutzman, Jr. as attorney for the Estate and in support thereof, would show unto the Court the following:

1.

Prior to the filing of a voluntary petition pursuant to Chapter Thirteen of the Bankruptcy Code, the Debtor(s) entered into a contingency fee contract with Ronald E. Stutzman, Jr., a copy of which is attached as Exhibit 1 to this Motion, to pursue a claim against Antonio Griffin pursuant to the terms of the employment contract. The Debtor(s) asks the Court to enter an Order authorizing the employment of Ronald E. Stutzman, Jr. as special counsel for the bankruptcy estate to pursue a claim against Antonio Griffin pursuant to the terms of the Debtor's employment contract with Ronald E. Stutzman, Jr.

2.

That Ronald E. Stutzman, Jr. is a qualified practicing attorney in the City of Flowood, Rankin County, Mississippi, and has experience in matters involving motor vehicle accidents and other areas of personal injury, and is in good standing with the Bar of the State of Mississippi.

3.

That the services of Ronald E. Stutzman, Jr. are necessary to assist the Trustee in carrying out her duties as Trustee, representing the Estate in this motor vehicle accident matter.

4.

That to the best of the Ronald E. Stutzman, Jr.'s knowledge, Ronald E. Stutzman, Jr., does not represent any interest adverse to the subject bankruptcy estate.

5.

That Ronald E. Stutzman, Jr. does not have any connections outside the present matter with the Debtor(s), creditors, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

6.

That the employment of the above-listed attorney would be in the best interest of this estate, and that the above-listed attorney will accept such compensation as the Court shall deem just and fair.

7.

The professional services expected to be rendered include:

    a.  All legal services required prior to and during any personal injury and property damage claim arising from a motor vehicle accident that occurred on September 21, 2025 before the Hinds County Circuit Court.

    b.  Research of any legal questions that may arise pertaining to the litigation.

    c.  Negotiation and settlement of disputed claims against Antonio Griffin.

8.

That Ronald E. Stutzman, Jr. has submitted a Professional Statement pursuant to Rule 2014 attesting that he is a disinterested person, a copy of which is attached as Exhibit 2 to this Motion.

9.

That I, the undersigned, declare under penalty of perjury that the foregoing statements are true and correct.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor(s) requests the Court to grant the following relief:

(a) Authorize the Estate to employ Ronald E. Stutzman, Jr. as special counsel for the bankruptcy estate to pursue a claim against Antonio Griffin;

(b) Alter the original employment contract (Exhibit 1) to provide that no fee and/or expense shall exceed a combined total of fifty percent (50%) of the total amount recovered and that no fees and/or expenses will be paid without approval of the United States Bankruptcy Court for the Southern District;

(c) Grant such other relief as the Court deems appropriate.

Respectfully submitted, this the 8th day of February 2026.

*/s/ Ronald E. Stutzman, Jr.*
**Ronald E. Stutzman, Jr. (MSB #101454)**
The Stutzman Law Firm, PLLC
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Telephone: (769) 208-5683
Facsimile: (601) 202-3022
rstutzman@stutzmanlawfirm.com

## CERTIFICATE OF SERVICE

I, Ronald E. Stutzman, Jr., do hereby certify that I have this day mailed, via United States Mail postage prepaid and/or ECF Filing Notification, a true and correct copy of the above and foregoing **Debtor's Application for Employment of Ronald E. Stutzman, Jr.** to the Debtor's counsel in the underlying bankruptcy case, all creditors and other interested parties as shown on the attached matrix and:

**DEBTOR'S BANKRUPTCY COUNSEL**
Thomas C. Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 3926
trollins@therollinsfirm.com

**DEBTOR'S PERSONAL INJURY COUNSEL**
Ronald E. Stutzman, Jr.
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Office: (769) 208-5683
rstutzman@stutzmanlawfirm.com

**CHAPTER THIRTEEN TRUSTEE**
Torri Parker Martin
Office of the Chapter 13 Standing Trustee
Torri Parker Martin
200 North Congress Street, Suite 400
Jackson, MS 39201
Payments Only: P.O. Box 2033, Memphis, TN 38101
Office: (601) 981-9100
Email: Trustee@TPMartinCH13.com

**UNITED STATES TRUSTEE**
501 E. Court Street
Suite 6-430
Jackson, MS 39201
Ofc: (601) 965-5241
Email: USTPRegion05.JA.ECF@usdoj.gov

So certified, this the 8th day of February 2026.

_/s/ Ronald E. Stutzman, Jr._
**Ronald E. Stutzman, Jr.**