# CONTRACT OF EMPLOYMENT

I, ___Derrick Evans___, hereby employ The Stutzman Law Firm, PLLC (hereinafter "Attorney"), to represent me in my auto accident claim.

1. Attorney is employed on a contingency basis. In the event of no recovery at all, Client shall not owe Attorney any sum whatsoever as Attorney fees or expenses. If there is a recovery, Attorney shall receive a fee of 40% of the amount recovered. Client assigns this portion of the recovery to Attorney.

2. The Stutzman Law Firm, PLLC will be spending money to prosecute your claim. If we do not collect money for you, you will not owe us anything as expenses. If, however, we collect money for you, we will be entitled to be paid our fee for our work, and we will also be entitled to be paid back our expenses out of your share of the money we collect for you. Expenses include (but are not limited to) court costs, deposition costs, computer research services, travel expenses, postage costs, and copy costs. Client agrees to pay reasonable rental charges for all equipment used for audio/video display at a trial or hearing, whether such equipment is provided by an outside vendor or owned by the law firm itself.

3. Attorney shall be privileged to withdraw from Client's case after giving reasonable notice. Client may instruct Attorney to cease work at any time; however, such instruction shall be in writing and signed by Client, and Attorney shall be entitled to reasonable compensation for services rendered (which may be a percentage of any recovery) as well as reimbursement for expenses.

4. Client understands that if a Judgment is obtained, Attorney is not obligated to pursue collection if Attorney determines that such efforts would be futile or detrimental.

5. Client agrees that no portion of client's interest in this claim will be assigned to any third party without prior approval of Attorney.

6. Client understands that Attorney has made no guarantees regarding the successful outcome of this case.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

**EXHIBIT 1**

Agreed to and dated 9/24/2025 _____.

Signed by:
/s/ Derrick Evans
—471606ED497642A...
Client/Client Representative Signature Representative

Derrick Evans
Printed Name of Client/Client

141 Pine Bay Dr, Jackson, MS 39206
Address of Client/Client Representative

6019184418
Telephone Number of Client/Client Representative

derrickevans68@yahoo.com
Email address

_____
Attorney Signature
The Stutzman Law Firm, PLLC
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Telephone: (769) 208-5683
Facsimile: (601) 202-3022
rstutzman@stutzmanlawfirm.com

Page **2** of **2**

## HIPAA Authorization Form

## AUTHORIZATION FOR RELEASE OF INFORMATION

### Section A

I hereby authorize the use of disclosure of my individually identifiable health information as described below. I understand that this authorization is voluntary. I understand that if the organization authorized to receive the information is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations.

**Patient name:** Derrick Evans   **SSN:** Social 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 Security Number
**Date of Birth:** Birthday 02/20/1968

**Persons/organizations providing the information:**

**Person/organizations receiving the information:**

Stutzman Law Firm, PLLC
106 Luckney Station Rd., Ste. B
Flowood, Mississippi 39232
Telephone: (769) 208-5683

**Specific description of information to be released (initial all that apply):**

___ Any and All Medical Records and Films       ___ Any and All Insurance Information
___ Any and All Billing Information              ___ Any and All Demographic Information
___ Any and All Records from Other Facilities    ___ Other: _____

For Dates: Date of Accident  to present.

### Section B:

The patient or the patient's representative must read and initial the following statements:

1. I understand that this authorization will expire on __ __/__ __/__ __ __ __ (DD/MM/YYYY) Initials: _____

2. I understand that I may revoke this authorization at any time by notifying the practice in writing, but if I do it won't have any effect on any actions they took before they received the revocation. Initials: _____

3. I understand that a photocopy of this authorization is to be considered as valid as the original. Initials: _____

4. I understand that all previous authorizations for access or release of any patient's records, or any other information, given to any entity, except to treating health care providers, is hereby revoked. Initials: _____

5. I understand that the medical information requested may be used by the persons I authorize to receive this information for purposes of litigation. Initials: _____

6. I understand that treatment and payment may not be conditioned upon my signing of this release. _____

Signed by: /s/ Derrick Evans (471606ED497642A...)        Date  9/24/2025

(*Form MUST be completed before signing*)

**Printed name of patient's representative:** _____

**Relationship to the patient:** _____

***YOU MAY REFUSE TO SIGN THIS AUTHORIZATION***

You may not use this form to release information for treatment or payment except
when the information to be released is psychotherapy notes or certain research information.
This authorization complies with Health Insurance Portability and Accountability Act (HIPPA) 45 C.F.R. 16.508(c)
Health Insurance Portability and Accountability Act (HIPPA) 45 C.F.R. 16.508(c)