IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                               CHAPTER 13

DERRICK L. EVANS                                      CASE NO. 25-02936-JAW

**AFFIDAVIT OF SPECIAL COUNSEL TO BE RETAINED**

STATE OF MISSISSIPPI

COUNTY OF RANKIN

      I, Ronald E. Stutzman, Jr., being duly sworn according to law, do hereby state as follows:

1. That I, and my firm, represent no interest adverse to the Chapter 13 Trustee of the Debtor's Estate in the matter in which I am engaged and that I, and my firm, are disinterested parties, except as set forth below;

2. That I, and my firm, have no connection or affiliation to the Debtor, her creditors or other parties in interest herein, her respective attorneys and accountants, the United States Trustee, or any person employed by the Office of the United States Trustee;

3. That said services shall be rendered under a contract of employment agreement attached hereto as Exhibit "A."

4. That for the purpose of full disclosure, the following exceptions and notations are made, to-wit:

    a. My firm, represents the Debtor, Derrick L. Evans, as a Plaintiff in a personal injury claim arising from a motor vehicle accident.

_____
Ronald E. Stutzman, Jr., Esq.

SWORN TO AND SUBSCRIBED before me, this the 8th day of February, 2026.

_____
NOTARY PUBLIC

My Commission Expires:

July 30, 2026

**EXHIBIT 2**