**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **DERRICK L. EVANS** | **CASE NO. 25-02936-JAW** |

**TWENTY-ONE (21) DAY
NOTICE**

NOTICE IS HEREBY GIVEN that Ronald E. Stutzman, Jr., on behalf of the above-named Debtor(s), has filed an Application for Employment of Special Counsel, Ronald E. Stutzman, Jr. A copy of said Application is attached.

NOTICE IS FURTHER GIVEN that any Creditor or party in interest wishing to object to said Application must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, Post Office Box 2448, Jackson, Mississippi 39225, and copy must be served upon the Trustee, Torri Parker Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201, and the U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201.

**THE DEADLINE FOR FILING OBJECTIONS TO THIS APPLICATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN** that if any objections are timely filed thereto, a hearing will be set by the Court. If no objections are filed, the Court may approve the Application ex parte.

DATED this the 8th day of February 2026.

RESPECTFULLY SUBMITTED,

*/s/ Ronald E. Stutzman, Jr.*
**Ronald E. Stutzman, Jr.
The Stutzman Law Firm, PLLC
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Office: (769) 208-5683
Facsimile: (601) 202-3022
rstutzman@stutzmanlawfirm.com
PERSONAL INJURY COUNSEL**

# CERTIFICATE OF SERVICE

I, Ronald E. Stutzman, Jr., do hereby certify that I have this day mailed, via United States Mail postage prepaid and/or ECF Filing Notification, a true and correct copy of the above and foregoing **Notice of Application for Employment of Special Counsel, Ronald E. Stutzman, Jr.,** to the Debtor's counsel in the underlying bankruptcy case, all creditors and other interested parties as shown on the attached matrix and:

**DEBTOR'S BANKRUPTCY COUNSEL**
Thomas C. Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 3926
trollins@therollinsfirm.com

**DEBTOR'S PERSONAL INJURY COUNSEL**
Ronald E. Stutzman, Jr.
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Office: (769) 208-5683
rstutzman@stutzmanlawfirm.com

**CHAPTER THIRTEEN TRUSTEE**
Torri Parker Martin
Office of the Chapter 13 Standing Trustee
Torri Parker Martin
200 North Congress Street, Suite 400
Jackson, MS 39201
Payments Only: P.O. Box 2033, Memphis, TN 38101
Office: (601) 981-9100
Email: Trustee@TPMartinCH13.com

**UNITED STATES TRUSTEE**
501 E. Court Street
Suite 6-430
Jackson, MS 39201
Ofc: (601) 965-5241
Email: USTPRegion05.JA.ECF@usdoj.gov

So certified, this the 8th day of February 2026.

                                           */s/ Ronald E. Stutzman, Jr.*
                                           **Ronald E. Stutzman, Jr.**