# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **DERRICK L. EVANS** | CASE NO. 25-02936-JAW |

**AMENDED TWENTY-ONE (21) DAY NOTICE**

NOTICE IS HEREBY GIVEN that Ronald E. Stutzman, Jr., on behalf of the above-named Debtor(s), has filed an Application for Employment of Special Counsel, Ronald E. Stutzman, Jr. A copy of said Application is attached.

NOTICE IS FURTHER GIVEN that any Creditor or party in interest wishing to object to said Application must file a written objection with the United States Bankruptcy Court for the Southern District of Mississippi, 501 E Court St., Suite 2.300, Jackson, Mississippi 39201, and copy must be served upon the Trustee, Torri Parker Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201, and the U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201.

**THE DEADLINE FOR FILING OBJECTIONS TO THIS APPLICATION IS TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE.**

**NOTICE IS FURTHER GIVEN** that if any objections are timely filed thereto, a hearing will be set by the Court. If no objections are filed, the Court may approve the Application ex parte.

DATED this the 13th day of February 2026.

RESPECTFULLY SUBMITTED,

*/s/ Ronald E. Stutzman, Jr.*
**Ronald E. Stutzman, Jr.**
**The Stutzman Law Firm, PLLC**
**106 Luckney Station Road, Suite B**
**Flowood, Mississippi 39232**
**Office: (769) 208-5683**
**Facsimile: (601) 202-3022**
**rstutzman@stutzmanlawfirm.com**
**PERSONAL INJURY COUNSEL**

## CERTIFICATE OF SERVICE

I, Ronald E. Stutzman, Jr., do hereby certify that I have this day mailed, via United States Mail postage prepaid and/or ECF Filing Notification, a true and correct copy of the above and foregoing **Notice of Application for Employment of Special Counsel, Ronald E. Stutzman, Jr.,** to the Debtor's counsel in the underlying bankruptcy case, all creditors and other interested parties as shown on the attached matrix and:

**DEBTOR'S BANKRUPTCY COUNSEL**
Thomas C. Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 3926
trollins@therollinsfirm.com

**DEBTOR'S PERSONAL INJURY COUNSEL**
Ronald E. Stutzman, Jr.
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Office: (769) 208-5683
rstutzman@stutzmanlawfirm.com

**CHAPTER THIRTEEN TRUSTEE**
Torri Parker Martin
Office of the Chapter 13 Standing Trustee
Torri Parker Martin
200 North Congress Street, Suite 400
Jackson, MS 39201
Payments Only: P.O. Box 2033, Memphis, TN 38101
Office: (601) 981-9100
Email: Trustee@TPMartinCH13.com

**UNITED STATES TRUSTEE**
501 E. Court Street
Suite 6-430
Jackson, MS 39201
Ofc: (601) 965-5241
Email: USTPRegion05.JA.ECF@usdoj.gov

So certified, this the 13th day of February 2026.

/s/ Ronald E. Stutzman, Jr.
**Ronald E. Stutzman, Jr.**

Mailing Matrix

Derrick Lemonte Evans
141 Pine Bay Drive
Jackson, Mississippi 39206

Thomas C. Rollins, Jr.
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236

Affirm, Inc.
Attn: Bankruptcy
650 California Street
FL 12
San Francisco, California 94108

Ally Financial, Inc.
Attn: Bankruptcy
Post Office Box 380901
Bloomington, IL 55438

Blue Frog Loans
Post Office Box 725
Fenton, Missouri 63026

Bright Lending
Post Office Box 578
Hays, MT 59527

Capital One
Attn: Bankruptcy
Post Office Box 30285
Salt Lake City, UT 84130

Conn's Homeplus
Attn: Bankruptcy
2445 Technology Forest
The Woodlands, Texas 77381

Elastic
Post Office Box 950276
Louisville, Kentucky 40295

First National Bank
Attn: Bankruptcy
Post Office Box 5097
Sioux Falls, SD 57117

Flagship Credit
Attn: Bankruptcy
Post Office Box 3807
Coppell, Texas 75019

Genesis FS
Attn: Bankruptcy
Post Office Box 4477
Beaverton, Oregon 97076

Jacob Law Group
2623 West Oxford Loop
Oxford, Mississippi 38655

Jefferson Capital
Attn: Bankruptcy
200 14th Avenue E
Sartell, Minnesota 56377

Jora Credit
Post Office Box 8407
Philadelphia, PA 19101

LVNV Funding LLC
Resurgent Capital
Post Office Box 1269
Greenville, SC 29602

Makwa Finance
Post Office Box 843
Lac Du Flambe, WI 54538

Mendelson Law Firm
Post Office 17235
Memphis, Tennessee 38187

Merrick Bank Corp
Post Office Box 921
Old Bethpage, NY 11804

Mission Lane LLC
Attn: Bankruptcy
Post Office Box 105286
Atlanta, Georgia 30348


Moneylion, Inc.
Attn: Bankruptcy Dept
Post Office Box 1547
Sandy, Utah 84091

National Credit Adj
Attn: Bankruptcy
Post Office Box 3023
Hutchinson, Kansas 67504

Netcredit/Rb
Attn: Bankruptcy Department
175 West Jackson Boulevard
Suite 1000
Chicago, Illinois 60604

Onemain
Post Office Box 1010
Evansville, Indiana 47706

Opp Loans
130 East Randolph Street
Suite 1650
Chicago, Illinois 60601

OppLoans
Attn: Bankruptcy
Post Office Box 5040
Fredericksburg, Virginia 22403

Sparrow Card
3450 SW Gemini Drive
#87446
Beaverton, Oregon 97008

Sparrow Card
3450 SW Gemini Drive
Beaverton, Oregon 97008

TBOM CCI MC
14600 Northwest
Beaverton, Oregon 97006

Tilt/Empower
Attn: Bankruptcy
660 York Street
San Francisco, California 94110

Wells Fargo Home Mort
Post Office Box 14411
Des Moines, Iowa 50306