___



**SO ORDERED,**

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: March 5, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                        CHAPTER 13

**DERRICK L. EVANS**                                                **CASE NO. 25-02936-JAW**

## ORDER GRANTING MOTION TO REDACT DOCUMENT

THIS MATTER having come before the Court on the Motion to Redact Document filed by Ronald E. Stutzman, Jr., proposed Special counsel for the Debtor, requesting the redaction of Docket No. 28-1. The Court, having reviewed the Motion and finding that the original filing contains protected private information (specifically a Social Security Number and Date of Birth) in violation of Fed. R. Bankr. P. 9037, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Clerk of the Court shall permanently redact/restrict access to Docket No. 28-1 filed on February 8, 2026.

IT IS FURTHER ORDERED that the proposed redacted document, consisting of the contingency fee contract only, shall be substituted as the official record for Exhibit 1 to the Application for Employment of Special Counsel.

**#END OF ORDER#**

SUBMITTED BY:

*/s/ Ronald E. Stutzman, Jr.*
Ronald E. Stutzman, Jr. (MSB #101454)
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Telephone: (769) 208-5683
email: rstutzman@stutzmanlawfirm.com