United States Bankruptcy Court

Southern District of Mississippi

In re:                                                            Case No. 25-02936-JAW

Derrick Lemonte Evans                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Derrick Lemonte Evans, 141 Pine Bay Dr, Jackson, MS 39206-3267 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation,Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Olivia Spencer | on behalf of Creditor Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC spencer@kingandspencer.net |
| Ronald E Stutzman, Jr | on behalf of Debtor Derrick Lemonte Evans ronnie.stutzman@gmail.com  rstutzman@stutzmanlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Derrick Lemonte Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | |

District/off: 0538-3                    User: mssbad                          Page 2 of 2
Date Rcvd: Mar 05, 2026                 Form ID: pdf012                        Total Noticed: 1

                        tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

                        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                    CHAPTER 13

**DERRICK L. EVANS**                                    **CASE NO. 25-02936-JAW**

### ORDER GRANTING MOTION TO REDACT DOCUMENT

THIS MATTER having come before the Court on the Motion to Redact Document filed by

Ronald E. Stutzman, Jr., proposed Special counsel for the Debtor, requesting the redaction of Docket

No. 28-1. The Court, having reviewed the Motion and finding that the original filing contains

protected private information (specifically a Social Security Number and Date of Birth) in violation

of Fed. R. Bankr. P. 9037, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Clerk of the Court shall permanently redact/restrict

access to Docket No. 28-1 filed on February 8, 2026.

IT IS FURTHER ORDERED that the proposed redacted document, consisting of the

contingency fee contract only, shall be substituted as the official record for Exhibit 1 to the

Application for Employment of Special Counsel.

**#END OF ORDER#**

SUBMITTED BY:

*/s/ Ronald E. Stutzman, Jr.*
Ronald E. Stutzman, Jr. (MSB #101454)
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Telephone: (769) 208-5683
email: rstutzman@stutzmanlawfirm.com