United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02936-JAW
Derrick Lemonte Evans  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Mar 11, 2026      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Derrick Lemonte Evans, 141 Pine Bay Dr, Jackson, MS 39206-3267 |
| sp | + Ronald E. Stutzman, Jr., 106 Luckney Station Road, Suite B, Flowood, MS 39232-8403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | on behalf of Creditor U.S. Bank National Association as Trustee for Structured Asset Securities Corporation,Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Olivia Spencer | on behalf of Creditor Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC spencer@kingandspencer.net |
| Ronald E Stutzman, Jr | on behalf of Debtor Derrick Lemonte Evans ronnie.stutzman@gmail.com rstutzman@stutzmanlawfirm.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Mar 11, 2026 | Form ID: pdf012 | Total Noticed: 2 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Derrick Lemonte Evans trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7

___



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 11, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                      CHAPTER 13

DERRICK L. EVANS                                                         CASE NO. 25-02936-JAW

**ORDER APPROVING**
**APPLICATION FOR EMPLOYMENT OF**
**RONALD E. STUTZMAN, JR.**

THIS MATTER comes before the Court upon the Debtor's Application for the appointment of Ronald E. Stutzman, Jr. as attorney for the Estate (Docket 28). After reviewing the facts and considering the same, the Court finds as follows:

1.

This Court has jurisdiction over the subject matter and the parties to this proceeding.

2.

That no objections were filed to the Application for the appointment of Ronald E. Stutzman, Jr. as attorney for the Estate.

**THEREFORE, IT IS ORDERED** that the Debtor is hereby authorized to employ Ronald E. Stutzman, Jr. as special counsel for the bankruptcy estate to pursue a claim against Antonio Griffin.

**#END OF ORDER#**

SUBMITTED BY:

*/s/ Ronald E. Stutzman, Jr.*
**Ronald E. Stutzman, Jr.**
Stutzman Law Firm, PLLC
106 Luckney Station Road, Suite B
Flowood, Mississippi 39232
Office: (769) 208-5683
Facsimile: (601) 202-3022
rstutzman@stutzmanlawfirm.com
PERSONAL INJURY COUNSEL