United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                  Case No. 25-02936-JAW

Derrick Lemonte Evans                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derrick Lemonte Evans, 141 Pine Bay Dr, Jackson, MS 39206-3267 |
| 5613078 | + | U.S. Bank National Association, et al., Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing, P.O. Box 1629 Minneapolis MN 55440-1629 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5640676 | Email/Text: mtgbk@shellpointmtg.com | Mar 20 2026 19:45:00 | U.S. Bank National Association Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen A. Maxcy | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation,Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Karen A. Maxcy | |

District/off: 0538-3                    User: mssbad                    Page 2 of 2
Date Rcvd: Mar 20, 2026                 Form ID: n001                   Total Noticed: 3

on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2006-EQ1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Olivia Spencer

on behalf of Creditor Ally Servicing LLC as servicer on behalf of Citrus Tree Finance LLC spencer@kingandspencer.net

Ronald E Stutzman, Jr

on behalf of Debtor Derrick Lemonte Evans ronnie.stutzman@gmail.com  rstutzman@stutzmanlawfirm.com

Thomas Carl Rollins, Jr

on behalf of Debtor Derrick Lemonte Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Derrick Lemonte Evans

**Case No.:**25−02936−JAW

**Chapter** 13

**To:**  Assignee/Transferee

U.S. Bank National Association Trustee
c/o NewRez LLC
d/b/a Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603−0826

**To:**  Assignor/Transferor

U.S. Bank National Association, et al.
Wells Fargo Bank, N.A.
MAC N9286−01Y Default Document Processing
P.O. Box 1629
Minneapolis MN 55440−9790

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that U.S. Bank National Association, et al. has assigned/transferred its claim in the amount of $104,986.80 to U.S. Bank National Association Trustee c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **April 10, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: March 20, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600